IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TONY BLACKMAN,

      Plaintiff,

 v.

J. BRIM, et al.,

      Defendants.
_____/

No. C 11-01290 SBA (PR)

**ORDER OF DISMISSAL WITHOUT PREJUDICE**

      Plaintiff, a state prisoner, filed a pro se prisoner complaint under 42 U.S.C. § 1983 in the United States District Court for the Eastern District of California on March 14, 2011. The action was transferred and filed in this Court on March 22, 2001. On that same date the Clerk of the Court notified Plaintiff that his case had been transferred to this District and that all future filings should reflect the above case number.

      When he originally filed this action in the Eastern District, Plaintiff filed an in forma pauperis application; however, he did not sign it. Furthermore, he failed to include a signed certificate of funds and a prisoner trust account statement for the previous six months. Therefore, the Clerk considered the pending in forma pauperis application to be deficient. On April 5, 2011, the Clerk notified Plaintiff that he needed to "sign and complete this court's Prisoner's In Forma Pauperis Application in its entirety." (Apr. 5, 2011 Clerk's Notice at 1.) The Clerk also informed Plaintiff that his action could not go forward until he filed the necessary documents within thirty days, and that his failure to do so would result in dismissal of this action. More than thirty days have passed and Plaintiff has not submitted a signed in forma pauperis application, nor has he submitted a signed certificate of funds and a prisoner trust account statement.

      Accordingly, this action is DISMISSED WITHOUT PREJUDICE. Plaintiff's pending in forma pauperis application (docket no. 2) is DENIED as incomplete. The Court has rendered its final decision on this matter; therefore, this Order TERMINATES Plaintiff's case. The Clerk of the Court shall close the file.

1   This Order terminates Docket no. 2.

2   IT IS SO ORDERED.

3   DATED:     5/13/11                              *Saundra B Armstrong*
                                                    SAUNDRA BROWN ARMSTRONG
4                                                   United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

TONY BLACKMAN,

        Plaintiff,

  v.

J BRIM et al,

        Defendant.

Case Number: CV11-01290 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 19, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Tony Blackman V-22349
Salinas Valley State Prison
P.O. Box 1050
Soledad, CA 93960-1050

Dated: May 19, 2011

Richard W. Wieking, Clerk
By: LISA R CLARK, Deputy Clerk

G:\PRO-SE\SBA\CR.11\Blackman1290.DISIFP.frm